FORM 1

NOTICE OF APPEAL

\* FILED \*
2012 SEP -9 PM 6:56
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

ORIGINAL

HISHAM. A. KHALEEL
plaintiff/Appellant

Vs.
FJC Security svc inC
et. Al.

NOTICE OF APPEAL

10-CV-5030 (ARR),
Docket No.

Notice is hereby given that "HISHAM. A. KHALEEL" plaintiff/Pro-se
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it)

entered in this action on the 09th day of August, 2012.

Signature

HISHAM. A. KHALEEL
Printed Name

P.O. Box #2707,
Address

New York City, N.Y. 10163

(718) 415-8284
Telephone No. (with area code)

Date: Sept., 08th, 2012

APPEAL,IFP,NPROSE

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CIVIL DOCKET FOR CASE #: 1:10-cv-05030-ARR-VMS

| | |
|---|---|
| Khaleel v. FJC Security Services Inc. et al | Date Filed: 10/25/2010 |
| Assigned to: Judge Allyne R. Ross | Date Terminated: 08/09/2012 |
| Referred to: Magistrate Judge Vera M. Scanlon | Jury Demand: None |
| Cause: 28:1331 Fed. Question | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Hisham A. Khaleel**     represented by     **Hisham A. Khaleel**
P.O. Box 2707
New York City, NY 10163-2707
347-257-1420
PRO SE

V.

**Defendant**

**FJC Security Services Inc. et al**     represented by     **Scott A. Weiss**
Weiss & Weiss LLC
2000 Post Road, Suite LL106
Fairfield, CT 06824
(203)254-2707
Fax: 203-254-2725
Email: scott@weissnweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2010 | 1 | COMPLAINT against FJC Security Services Inc. et al, filed by Hisham A. Khaleel. (Attachments: # 1 Civil Cover Sheet) (Davis, Kimberly) (Entered: 11/03/2010) |
| 10/25/2010 | 2 | MOTION for Leave to Proceed in forma pauperis by Hisham A. Khaleel. (Davis, Kimberly) (Entered: 11/03/2010) |
| 11/19/2010 | 3 | ORDER: Plaintiff's 2 application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendant without prepayment of fees. Parties represented by counsel in *pro se* cases must file all submissions electronically and mail the submission to the *pro se* litigant. The parties shall advise the Court by signing the enclosed form whether they jointly consent to trial and decision on this case by me, a United States Magistrate Judge, |

|  |  |  |
|---|---|---|
|  |  | pursuant to 28 U.S.c. § 636( c). SO ORDERED. (Ordered by Magistrate Judge Andrew L. Carter, Jr. on 11/19/2010) *C/mailed w/Attachments: # 1 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, # 2 Individual Practice Rules of Magistrate Judge Andrew L. Carter Jr.* (Latka-Mucha, Wieslawa) (Entered: 11/22/2010) |
| 11/22/2010 | 4 | SUMMONS ISSUED as to FJC Security Services Inc. (Latka-Mucha, Wieslawa) (Entered: 11/22/2010) |
| 12/09/2010 | 5 | SCHEDULING ORDER: An initial conference will be held on 02/07/2011 at 11:00 AM in Courtroom 504 North. Counsel for all parties must be present. Plaintiff's counsel to confirm with defendant's counsel that all necessary participants are aware of this conference. Prior to the conference, the parties are to comply with the requirements of Rule 26(f) of the Fed.R.Civ.P. The attached questionnaire must be completed and brought to the conference. Ordered by Magistrate Judge Andrew L. Carter, Jr. on 12/9/2010. (Hunter-Hicks, Tara) C/M (Entered: 12/09/2010) |
| 12/10/2010 | 6 | Summons Returned **Unexecuted** as to FJC Security Services Inc. (Latka-Mucha, Wieslawa) (Entered: 12/14/2010) |
| 02/07/2011 |  | Minute Entry for proceedings held before Magistrate Judge Andrew L. Carter, Jr:Initial Conference held on 2/7/2011. Hisham Khaleel, Pro Se Plaintiff. The defendants have not been served. The Court informs the Plaintiff that the defendant(s) address provided to the U.S. Marshals Office may be incorrect. The Court grants the plaintiff an extension of time until 4/6/11 to serve the defendants. (Hunter-Hicks, Tara) C/M (Entered: 02/11/2011) |
| 04/01/2011 | 7 | Letter dated 4/1/11 from Hisham A. Khaleel to Clerk of Court, submitting service address for deft FJC Security Svc, Inc./ Human Resources Operations Office, in order for the US Marshals to proceed with service on this deft. (Galeano, Sonia) (Entered: 04/06/2011) |
| 07/07/2011 | 8 | NOTICE of Appearance by Scott A. Weiss on behalf of FJC Security Services Inc. et al (aty to be noticed) (Weiss, Scott) (Entered: 07/07/2011) |
| 07/07/2011 | 9 | Letter *To Request Pre-Motion Conference on 12(b)(6) Motion to Dismiss Pursuant to Para. 2 A of Motion Practice Rules* by FJC Security Services Inc. et al (Weiss, Scott) (Entered: 07/07/2011) |
| 07/08/2011 |  | ORDER re 9 Letter filed by FJC Security Services Inc. et al. Defendant's request should be filed in accordance with the Individual Rules of Senior Judge Ross. Ordered by Magistrate Judge Andrew L. Carter, Jr on 7/8/2011. (Figeroux, Davina) (Entered: 07/08/2011) |
| 07/08/2011 | 10 | ORDER endorsed on doc.# 9 : No pre-motion conference is required in cases involving a *pro se* party. Defendant's motion shall be briefed as follows: Defendant's motion and supporting papers shall be served on 7/29/11; plaintiff's opposition papers shall be served on 8/19/11; defendant's reply, if any, shall be served on 8/26/11. The fully-briefed motion shall be filed in accordance with Judge Ross' rules no later than 8/26/11. SO ORDERED. (Ordered by Senior Judge Allyne R. Ross, on 7/8/2011) *C/mailed by Chambers.* (Latka-Mucha, Wieslawa) (Entered: 07/12/2011) |
|  |  |  |

| | | |
|---|---|---|
| 07/29/2011 | 11 | Letter *RE: Service of Motion to Dismiss and Supporting Documents on Plaintiff* by FJC Security Services Inc. et al (Weiss, Scott) (Entered: 07/29/2011) |
| 08/18/2011 | 12 | "Plaintiff Khaleel's Official Written Request [MOTION] for Extension / Adjournment of Time to Submit His Oppositions Papers / Motions Against the Defendants Herein Due to Multiple Reasons Had Set Forthwith Addressed Hereto" filed by *pro se* Hisham A. Khaleel, dated 8/16/2011. (Latka-Mucha, Wieslawa) (Entered: 08/23/2011) |
| 08/18/2011 | | ORDER endorsed on Plaintiff's 12 Request for Extension of Time: Granted. Plaintiff's opposition is due 9/19/11. Defendant's reply is due 9/26/11. SO ORDERED by Senior Judge Allyne R. Ross, on 8/18/2011. *C/mailed by Chambers.* (Latka-Mucha, Wieslawa) (Entered: 08/23/2011) |
| 09/20/2011 | 13 | "Plaintiff / Khaleel's Official Written Request [MOTION] for an Additional & Further Extension (Adjournment) of Time to: Submit His Oppositions Papers / Motions Against the Defendants Herein Due to Involuntarily Circumstances that Had Addressed Herein That Bar Him to Do So" filed by *pro se* Hisham A. Khaleel, dated 9/16/2011. W/Attachments: # 1 Declaration Statements of Affidavit of Services, # 2 Exhibits. (Latka-Mucha, Wieslawa) (Entered: 09/20/2011) |
| 09/21/2011 | 14 | ENDORSED ORDER on document #13, granting 13 Motion for Extension of Time to File Response/Reply. Pltff's opposition is due 10/19/11. Deft's reply is due 10/26/11. (Ordered by Senior Judge Allyne R. Ross on 9/19/2011) c/m by chambers. See Service List attached. (Galeano, Sonia) (Entered: 09/21/2011) |
| 10/21/2011 | 15 | MOTION for an "Additional Final Extension of Time to Reply / Submit His Opposition Papers / Motions Against the Defendants Herein Due to Circumstances Set Forthwith Here" filed by *pro se* Hisham A. Khaleel; dated 10/17/2011. W/Exhibits. (Latka-Mucha, Wieslawa) (Entered: 10/24/2011) |
| 10/26/2011 | 16 | ORDER endorsed on Plaintiff's 15 Request for an Extension of Time: Granted. Plaintiff's Opposition is due December 19, 2011. Defendant's reply is due January 5, 2012. No further requests by plaintiff for extensions will be granted. SO ORDERED by Senior Judge Allyne R. Ross, on 10/26/2011. *C/mailed by Chambers.* (Latka-Mucha, Wieslawa) (Entered: 10/27/2011) |
| 12/09/2011 | | Magistrate Judge Joan M. Azrack added. Magistrate Judge Andrew L. Carter, Jr no longer assigned to case. (Marziliano, August) (Entered: 12/09/2011) |
| 01/05/2012 | 17 | First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by FJC Security Services Inc. et al. (Weiss, Scott) (Entered: 01/05/2012) |
| 01/05/2012 | 18 | DECLARATION re 17 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *DECLARATION OF SCOTT A. WEISS, ESQ.* by FJC Security Services Inc. et al (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Weiss, Scott) (Entered: 01/05/2012) |
| 01/05/2012 | 19 | AFFIDAVIT/DECLARATION in Support re 17 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Affidavit of Salvatore DiGiovanni* filed by FJC Security Services Inc. et al. (Attachments: # 1 Exhibit A, # 2 Exhibit B, |

| | | |
|---|---|---|
| | | # 3 Exhibit C) (Weiss, Scott) (Entered: 01/05/2012) |
| 01/05/2012 | 20 | MEMORANDUM in Support re 17 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by FJC Security Services Inc. et al. (Attachments: # 1 Appendix A) (Weiss, Scott) (Entered: 01/05/2012) |
| 01/05/2012 | 21 | CERTIFICATE OF SERVICE by FJC Security Services Inc. et al re 17 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Weiss, Scott) (Entered: 01/05/2012) |
| 06/22/2012 | 22 | ORDER: Pursuant to Federal Rule of Civil Procedure 12(d), the Court intends to treat defendant's 17 motion to dismiss as one for summary judgment. Accordingly, the Court directs defendant to amend the form notice as specified in Local Civil Rule 12.1. Defendant shall serve and file the amended notice as soon as possible and no later than 14 days from the date of this Order. Defendant may file and serve, with the amended notice, any additional supportive papers it wishes to do so. Plaintiff is given until 7/20/2012 to file a response. No requests for extensions will be entertained absent a showing of good cause. SO ORDERED by Judge Allyne R. Ross, on 6/22/2012. *C/mailed by Chambers to pro se Plaintiff.* (Latka-Mucha, Wieslawa) (Entered: 06/22/2012) |
| 06/26/2012 | 23 | NOTICE by FJC Security Services Inc. et al re 19 Affidavit in Support of Motion, 20 Memorandum in Support, 18 Declaration, 21 Certificate of Service, 17 First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *NOTICE TO PRO SE LITIGANT* (Attachments: # 1 Certificate of Service) (Weiss, Scott) (Entered: 06/26/2012) |
| 08/06/2012 | 24 | OPINION & ORDER: Defendant has moved to dismiss Plaintiff's Complaint. Defendant's 17 motion is granted, and summary judgment is entered in favor of Defendant. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of any appeal. The Clerk of the Court is directed to enter judgment accordingly. SO ORDERED by Judge Allyne R. Ross, on 8/6/2012. *C/mailed by Chambers to pro se Plaintiff. (Forwarded for Judgment.)* (Latka-Mucha, Wieslawa) (Entered: 08/07/2012) |
| 08/09/2012 | 25 | JUDGMENT: ORDERED, ADJUDGED AND DECREED that summary judgment is granted in favor of Defendant FJC Security Services, Inc.; that pursuant to 28 U.S.C. § 1915(a)(3), an appeal of the Court's Opinion and Order would not be taken in good faith; and that in forma pauperis status is denied for the purpose of an appeal. Ordered by Michele Gapinski, Chief Deputy for Court Operations, on 8/9/2012. *C/mailed to pro se Plaintiff with appeals packet.* (Latka-Mucha, Wieslawa) (Entered: 08/09/2012) |
| 08/17/2012 | | Magistrate-Judge Vera M. Scanlon added. Magistrate Judge Joan M. Azrack no longer assigned to case. (Bowens, Priscilla) (Entered: 08/17/2012) |
| 09/09/2012 | 26 | NOTICE OF APPEAL as to 25 Clerk's Judgment,, 24 Order on Motion to Dismiss for Failure to State a Claim, by Hisham A. Khaleel. No fee paid. IFP denied for purposes of appeal. Although denied IFP, Appellant files a combined motion for extension of time and request for the fee to be waived. Motion for extension of time pending. Service done electronically. (McGee, |

|  |  |  |
|---|---|---|
|  |  | Mary Ann) (Entered: 09/11/2012) |
| 09/09/2012 | 27 | MOTION for Extension of Time to File *a Notice of Appeal.* by Hisham A. Khaleel. (McGee, Mary Ann) (Additional attachment(s) added on 9/12/2012: # 1 Motion for Extension of Time) (McGee, Mary Ann). (Entered: 09/11/2012) |
| 09/11/2012 |  | Electronic Index to Record on Appeal sent to US Court of Appeals. 26 Notice of Appeal, Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 09/11/2012) |